# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE T. ARMENTA, an individual, and MARIA M. ARMENTA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, a National Association; BAC HOME LOANS SERVICING, LP, a Texas Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO: 2:11-CV-09012 GW(SH) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION** <br><br> JS-6 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE CASE

1  FOR GOOD CAUSE SHOWN, the stipulation of dismissal of entire action is hereby
2  Granted of the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3  Federal Rules of Civil Procedure.
4
5
6
7  Dated:  February 27, 2013
8
9                          By: _____
10                              HON. GEORGE H. WU
                                U.S. DISTRICT COURT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28